# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TROY LILLIE, ET AL.

VERSUS

STANFORD TRUST COMPANY,
STATE OF LOUISIANA, OFFICE
OF FINANCIAL INSTITUTIONS,
AND SEI INVESTMENTS COMPANY

NO.   2022 CW 0529

**AUGUST 2, 2022**

---

In Re:   State of Louisiana, through the Office of Financial
Institutions, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 581670.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (*per curiam*), are not met.

**JMM**
**WRC**

**Theriot, J.,** concurs and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT